## Cherry v. The State.

APPEAL from the Circuit Court of Cherokee.
Tried before the Hon. J. A. BILBRO.

No counsel marked as appearing for appellant.

CHAS. G. BROWN, Attorney-General, for the State.

The appellant was indicted and tried and convicted for murder in the second degree, and sentenced to the penitentiary for ten years.
The judgment of conviction is affirmed.

Opinion PER CURIAM.

---

## Spigner v. State.

APPEAL from the Circuit Court of Geneva.
Tried before the Hon. JOHN P. HUBBARD.

No counsel marked as appearing for appellant.

CHAS. G. BROWN, Attorney-General, for the State.

The appellant was indicted, tried and convicted for aiding a prisoner to escape.
The judgment of conviction is affirmed.

Opinion PER CURIAM.